# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 12-14-00337-CR

Trial Court Style: State of Texas vs. Larry Michael Maples

Trial Court No.: CR13-00334

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/7/2015 8:19:23 PM
CATHY S. LUSK
Clerk

I am the official responsible for preparing the clerk's record in the above referenced appeal.
The approximate date of trial was: November 6, 2014

The record was originally due: January 5, 2015

I anticipate the length of the record to be: about 500 pages

I am unable to file the record by the due date the record is due because (check one)

_____ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing the record.

_X__ my other duties or activities preclude working on the record and include the following:
At this time the District Clerk's Office is shorthanded on employees and due to the magnitude of the request in the Clerk's Designation, I have not been able to complete this task. I anticipate this record will be completed by January 30, 2015.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the Judgment or order being appealed.

Date ___1/7/15___     Signature ___Karen Wilson___

Printed name: ___Karen Wilson___

Title: ___District Clerk___

## Acknowledgment
(to be completed by notary or court clerk)

State of Texas :
County of Van Zandt :

Before me, the undersigned authority, on this day personally appeared _____
Known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the reasons expressed therein.

Date: _____

(Seal)

signature _____

Printed Name _____